AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH TWO HUNDRED AND THIRTY-TWO (232) ACCOUNT(S) STORED AT PREMISES CONTROLLED BY ONE PROVIDER PURSUANT TO 18 U.S.C. 2703 FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. §§ 2252, 2252A, 2422(b) | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 26-SC-1248 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference)

Located within the jurisdiction of the District of Columbia, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a),(c),(e) (Sexual Exploitation of Children, and Attempts and Conspiracies to Sexually Exploit Children); 18 U.S.C. §§ 2252(a)(1),(b)(1); 2252A(a)(1),(b)(1) (Transportation and Attempted Transportation of Child Pornography); 18 U.S.C. §§ 2252(a)(2),(b)(1); 2252A(a)(2),(b)(1) (Distribution/Receipt and Attempted Distribution/Receipt of Child Pornography); 18 U.S.C. §§ 2252(a)(4)(B),(b)(2); 2252A(a)(5)(B),(b)(2) (Possession and Attempted Possession of Child Pornography; Accessing and Attempting to Access Material with Intent to View Material that Contains an Image of Child Pornography); 18 U.S.C. § 2422(b) (Coercion and Enticement and Attempted Coercion and Enticement of a Minor). | |

The application is based on these facts:

See Affidavit in Support of Application for Search Warrant.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Chad Lakosky, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
<u>Telephone</u> _____ *(specify reliable electronic means)*.

Date: _____6/11/2026_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

Moxila A. Upadhyaya
(United States Magistrate Judge)

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means        ☑ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH TWO HUNDRED AND<br>THIRTY-TWO (232) ACCOUNT(S) STORED AT PREMISES<br>CONTROLLED BY ONE PROVIDER PURSUANT TO 18 U.S.C. 2703<br>FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. §§ 2252, 2252A,<br>2422(b) | )<br>)<br>)   Case No.  26-SC-1248<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located within the jurisdiction of the District of Columbia.
*(identify the person or describe the property to be searched and give its location)*:

See Attachment  A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment  B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before      June 25, 2026      *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to      Moxila A. Upadhyaya      .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      6/11/2026

*Judge's signature*

City and state:      Washington, D.C.          Moxila A. Upadhyaya
                                                United States Magistrate Judge

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br>26-SC-1248 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
|  |

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**ATTACHMENT A**

**Property to Be Searched**

This warrant applies to information associated with the following Skype/Teams username/ID that is stored at premises controlled by Microsoft Corporation, a company that accepts service of legal process at One Microsoft Way, Redmond, Washington:

Skype/Teams username/ID:

1. adelina.delamines
2. adriancharlesjay.aquino
3. alonabagwis69
4. antonia.labe
5. barelyl
6. bheblue20
7. cabalhin.april
8. chan.amore
9. chealseaxxx
10. cutie.babe19
11. denice.corsaba
12. donnaamara
13. ecat.jenelyn
14. estelita_javier
15. ester.talabis
16. eycee24
17. flaviana.pajes
18. grace.roses
19. hot.mommy4
20. jeje.mien
21. jengsheendor
22. jenny.mostera185
23. jerza.marcial
24. jhane2012
25. jhen.salazar57
26. jheng.zkie
27. jomar.banaag2
28. kim.crime
29. lady.charm29
30. lesly.salvador6
31. live:.cid.102b41dc746ca0fc
32. live:.cid.130de191dd7d1281
33. live:.cid.141f563676c1ba4d
34. live:.cid.1548d47712a01628

35. live:.cid.1840e0764fbad6df
36. live:.cid.19863b8e822bc8be
37. live:.cid.1c486b4772224a1f
38. live:.cid.22408ddf81cd6291
39. live:.cid.236b28f66291b3dc
40. live:.cid.23dcfa9b929b37db
41. live:.cid.24319d0fbb6b01f3
42. live:.cid.24ef09bb673d912f
43. live:.cid.28102be3639d0168
44. live:.cid.284ae869fcce5edc
45. live:.cid.28ab756bc03c637a
46. live:.cid.29cfaede74d3497f
47. live:.cid.29fce67df44055d
48. live:.cid.2b1ec690a84a2b5b
49. live:.cid.2d671705b8994ae
50. live:.cid.2e43f4907823155a
51. live:.cid.2eaf8e7bb04e6485
52. live:.cid.2ee8b56802a1d7f4
53. live:.cid.311a5c3df6ca7d3b
54. live:.cid.32b536961c38bc3a
55. live:.cid.35083888d03cd12b
56. live:.cid.356f31d2d8a69b74
57. live:.cid.39e402ecbbd2b1a9
58. live:.cid.39fe6f1a40421b9f
59. live:.cid.3abfb45050d8b3b2
60. live:.cid.3ace3bb375b467ea
61. live:.cid.3b4183b942d1e49
62. live:.cid.3df18133b04a193a
63. live:.cid.3ff8e7ed4fc08de6
64. live:.cid.40de131b21d1334
65. live:.cid.40e65a13fa338491
66. live:.cid.4136c82ad6a02705
67. live:.cid.419f69e585578021
68. live:.cid.42ff59d093968494

1

69. live:.cid.43b54ff6d4616fa7
70. live:.cid.4585724b3b7e318b
71. live:.cid.46f7893ecefd70f2
72. live:.cid.47982e574891634b
73. live:.cid.47d12e3ca08bfedd
74. live:.cid.47d2f3a3b184b02f
75. live:.cid.47ee857813cea13e
76. live:.cid.4899fbe957c0fd93
77. live:.cid.48af618db065ad30
78. live:.cid.4a55e951abbb1803
79. live:.cid.4b55c62eac0cdefe
80. live:.cid.4b84ed6fb143893c
81. live:.cid.4ba5d9e63ba71939
82. live:.cid.4c87e4afc3eed1fc
83. live:.cid.4cde785ea3dd803
84. live:.cid.4e0b5ee24822b5be
85. live:.cid.4f669b96de22cc2a
86. live:.cid.503319ce461179a3
87. live:.cid.5034309a19762976
88. live:.cid.518f513ebe8a5050
89. live:.cid.533493b972e99ad
90. live:.cid.547f7a1cf45a12cd
91. live:.cid.55a3303baf4552b8
92. live:.cid.59b4d48de020d9a5
93. live:.cid.5b4e6e194fc6d8df
94. live:.cid.5c29bb6ea85afb71
95. live:.cid.5c866c01c1b9f8d1
96. live:.cid.5ca0e0e5efe165ab
97. live:.cid.5ce058011b921893
98. live:.cid.5dc3a35e60f5e050
99. live:.cid.5ed5802d0e9dff49
100. live:.cid.61f7990f959a8f68
101. live:.cid.627e4e8994a2c469
102. live:.cid.632a649d55edc217
103. live:.cid.63d49c54de271b50
104. live:.cid.65a1bf00ee8b6d8
105. live:.cid.65b418947d773ec7
106. live:.cid.65bf8d4e42e27be1
107. live:.cid.666ae6cfdb180c78
108. live:.cid.66d4ae25fa79937a
109. live:.cid.69f1e2e0c6dd4e3c
110. live:.cid.6c5dca15058f3b4f
111. live:.cid.6cd5ed548cdab536
112. live:9808fae4a772e820
113. live:.cid.6e70048af70c1bf8
114. live:.cid.6f1e23a45bb1fbe2

115. live:.cid.71b1f588af2ebfeb
116. live:.cid.71fc209b124a66a3
117. live:.cid.722e0282b1fec304
118. live:.cid.72cbc54ee1c48420
119. live:.cid.747a246daca30280
120. live:.cid.75dbd4476c30e950
121. live:.cid.76e95443a94a97e1
122. live:.cid.770199729e87949e
123. live:.cid.789b46d651678f1e
124. live:.cid.78c8b0bd80122131
125. live:.cid.78ee6088db93b382
126. live:.cid.7aef262ef1779d99
127. live:.cid.7cf6f2603d2b9532
128. live:.cid.7dbf28c1dd4248ce
129. live:.cid.7f17f91655469e90
130. live:.cid.7fbdce11e69295d1
131. live:.cid.7fe2c62862a511eb
132. live:.cid.7fe4dd7d2ece416b
133. live:.cid.80f8770c20ef2eea
134. live:.cid.81567cbe6c8898
135. live:.cid.8348937f7d03cfb0
136. live:.cid.83a4098764c2dcba
137. live:.cid.83c3521efabacdc6
138. live:.cid.88798fe57b3a3796
139. live:.cid.88a14825c318e2ff
140. live:.cid.8a499226649c4bed
141. live:.cid.8c5e3bed859b001c
142. live:.cid.8e600d7ac6facaf8
143. live:9808fae4a772e820
144. live:94f5edb8b17c2ebe
145. live:99a7eb5cea454f8
146. live:9c6a07be9b2c0733
147. live:9fd5d28a16a81e56
148. live:andiee.sanchez
149. live:annasexygirl6
150. live:b551d4927770c03f
151. live:cindyresma_1
152. live:d717f379ea9da80c
153. live:d820e9106272a326
154. live:dab360faa36c6395
155. live:dc72d0f9083865f5
156. live:ddoll257
157. live:dianeyu216
158. live:e70a7bec562187da
159. live:ecfebdce2d9dc133
160. live:edbfc397d85eb10c

2

161. live:ericaenerez23
162. live:f99180157eacf904
163. live:f9be6b85174d79b3
164. live:fc016eb30066683b
165. live:janegunayan
166. live:jeanavenido60
167. live:jemarhao_22
168. live:jonalyncarangan
169. live:lady_francinexxx
170. live:lbensorto4
171. live:ljhayedalisay0620
172. live:margazun78
173. live:marie_ogabar
174. live:melona.estancia
175. live:mhokiallen21_19
176. live:pagayananjane
177. live:pistaarianne
178. live:serranorose_1
179. live:sexyclit_2
180. live:wennzdeguzman1999
181. loren4you
182. loves_112003
183. luxyle19
184. macristina.dino
185. maldita_14
186. marievic.roque1
187. marilou032592
188. maryrosary6
189. misz_ashley29
190. raquel.pajes1
191. raypril.cute
192. rona.cabrera15
193. rosielyn.29
194. rowena.descatiar
195. samwaje1
196. shakira_j1
197. shemar597
198. sweet_maya1989
199. trixie.calderon1
200. unistarr53
201. kimiloveu27
202. aprilaltarejos
203. live:allkind.show
204. chris.ramos886
205. live:608da558fa87b934
206. analiza.valle2
207. marifel_tisoy
208. vickylee.valencia1
209. lolita.magbanua
210. judith.cuyacot2
211. cristie967
212. live:lovesol_23
213. myra.reyes25
214. boningrose
215. darlingcole1225
216. live:f35c04ec7541fd71
217. live:f031574098fd2bc3
218. live:40380a7919f5c69a
219. monicared88
220. live:wizkhaliyah
221. maryjane8110
222. live:f02d2a93109d399d
223. ciarratomas
224. emily.galman
225. marciana.sajulan
226. annalyn.cabillo
227. live:2caf0043248383e3
228. live:b36d3dc2373a53a4
229. jossie.26
230. live:3219a9c6689d6ffe
231. live:b7718ddb579875ae
232. live:af7aa4094acdb44c

3

**ATTACHMENT B**

**Particular Things to be Seized and Procedures
to Facilitate Execution of the Warrant**

I.    **Information to be disclosed by Microsoft Corporation to facilitate execution of the warrant**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any messages, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to requests made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each Skype/Teams username/ID listed in Attachment A:

a.    For the time period of account creation to the present: The contents of all messages associated with the account, including stored or preserved copies of messages sent to and from the account, draft messages, the source and destination addresses associated with each message, the date and time at which each message was sent, and the size and length of each message;

b.    For the time period of account creation to the present: All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, IP addresses associated with uploads from the account, account status, email addresses provided during registration, methods of connecting, and log files;

c.    For the time period of account creation to the present: All content in the user's Skype account, whether in system or user created folders, along with any settings on who has access to the files or folders and dates, times, and IP address of when the files were uploaded;

4

d.      The types of service utilized;

e.      For the time period of account creation to the present: All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

f.      For the time period of account creation to the present: All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken;

g.      For the time period of account creation to the present: All media files, including photos and videos, associated with (whether sent, received, or uploaded) the user ID(s) identified in Attachment A, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

h.      For the time period of account creation to the present: Records/metadata indicating when the camera of the device was turned on/off during a video call, including the make and model of the device if possible; and

i.      For the time period of account creation to the present: All logs showing the devices used to log into or connect to the account.

Within 14 days of the issuance of this warrant, Microsoft Corporation shall deliver the information set forth above to the following:

5

**Special Agent Chad Lakosky**
**Homeland Security Investigations**
**7400 North Oracle Road Suite 242**
**Tucson, AZ 85704**
 **Chad.L.Lakosky@hsi.dhs.gov**

PROVIDER is specifically authorized to transmit or send the information specified below to Homeland Security Investigations anywhere in the United States, including, but not limited to, Washington, D.C.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence or instrumentalities of violations of 18 U.S.C. § 2251(a) or (c) and (e) (production and attempted production of child pornography; 18 U.S.C. § 2252(a)(1) and (b)(1) (transportation and attempted transportation of a visual depiction of a minor engaged in sexually explicit conduct); 18 U.S.C. § 2252(a)(2) and (b)(1) (distribution and attempted distribution of a visual depiction of a minor engaged in sexually explicit conduct); 18 U.S.C. § § 2252(a)(2) and (b)(1) (receipt and attempted receipt of child pornography); 18 U.S.C. § 2252(a)(4)(B) and (b)(2) (possession of or access with intent to view and attempted possession of or access with intent to view a visual depiction of a minor engaged in sexually explicit conduct); 18 U.S.C. § 2422(b) (coercion and enticement and attempted coercion and enticement of a minor); involving the Skype/Teams username/ID listed in Attachment A, including the following:

a.      All files, documents, communications, images, videos, contacts, metadata, and logs associated with Skype/Teams username/ ID in Attachment A related to visual depictions of minors engaging in sexually explicit conduct or child pornography, along with any evidence that would

6

tend to show the true identities of the persons committing these offenses or the identities of the persons depicted in the images, videos, or other files.

b.      All activity logs and IP logs, including all records of the IP addresses that logged into the accounts or uploaded files into the accounts.

c.      All account information, including:

i)      full name; email address; telephone number; length of service; status of account (whether the account is active or disabled); settings on account to  include if the account or its folders are open to the public to view and/or upload files to; type of account; IP addresses for account login and uploads; last seen IP addresses of computers linked to the account; mobile device information;

ii)     All logs of devices and accompanying serial or model numbers and other identifying numbers to include dates of activation, registration, deactivation, or use; and

iii)    All records pertaining to communications between Skype and any person regarding the user or the user's account, including contacts with support services and records of actions taken.

Agents request that any and  all records be provided in a JSON format as well as  formats normally utilized by Microsoft .

## III.    Government procedures for warrant execution

The United States government will conduct a search of the information produced by Microsoft Corporation and determine which information is within the scope of the information to be seized specified in Section II. That information that is within the scope of Section II may be copied and retained by the United States.

Law enforcement personnel will then seal any information from Microsoft Corporation that does not fall within the scope of Section II and will not further review the information absent an order of the Court. Such sealed information may include retaining a digital copy of all information received pursuant to the warrant to be used for authentication at trial, as needed.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH TWO HUNDRED AND THIRTY-TWO (232) ACCOUNT(S) STORED AT PREMISES CONTROLLED BY ONE PROVIDER PURSUANT TO 18 U.S.C. 2703 FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. §§ 2252, 2252A, 2422(b)** | **SC No. <u>26-SC-1248</u>** |

*Reference:*    *USAO Ref. # 2026R0456; Subject Account(s): <u>See Attachment A</u>*

<u>**AFFIDAVIT IN SUPPORT OF**</u>
<u>**AN APPLICATION FOR A SEARCH WARRANT**</u>

I, Chad Lakosky, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

<u>**INTRODUCTION AND AGENT BACKGROUND**</u>

1.      I have been employed as a Special Agent ("SA") of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI"), since March of 2018, and am currently assigned to HSI Tucson, Arizona, Human Exploitation and Trafficking Unit.  While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography.  I have gained experience through training at the Federal Law Enforcement Training Center in Glynco, Georgia, and everyday work relating to conducting these types of investigations.  I have received training in child pornography and child exploitation, have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media, and have experience investigating child exploitation cases. Previously, I was assigned to the

9

Human Smuggling/Human Trafficking/Child Exploitation Group in Sells, Arizona, which conducted investigations of crimes where computers, electronic devices, and the internet are used in the sexual exploitation of children, including (but not limited to) violations of 18 U.S.C. Sections 2252 and 2252A, which prohibit a person from knowingly transporting, receiving, distributing, possessing or accessing with intent to view, in interstate or foreign commerce, or by using any facility or means of interstate or foreign commerce, child pornography, as defined in 18 U.S.C. Section 2256(8). I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Academy at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia in September of 2018. During the HSI Special Agent Academy, I received formal and on-the-job training in the investigation of cases involving the sexual exploitation of children to include training programs and participation in the execution of search warrants involving child pornography and seizures of computers and other storage media. I have also successfully completed Internet Crimes Against Children (ICAC) online peer to peer online chat courses in February of 2022 and April 2023, which focused on investigations into the identification and arrest of suspects attempting to sexually exploitation children online and in person. I also have training and on-the-job training and experience participating in investigations identifying and locating traffickers and buyers involved in the live-stream online sexual exploitation of children for profit, both foreign and domestically, where I also identified child victims of sexual exploitation in photo and video evidence derived from search warrants obtained for the online accounts of traffickers and buyers.  Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, and I am authorized by law to request a search warrant.

10

2.    I make this affidavit in support of an application for a search warrant for information associated with the following Skype/Teams accounts identified in Attachment A (hereinafter referred to as the "TARGET ACCOUNTS"), stored at premises owned, maintained, controlled, or operated by Microsoft Corporation, a message provider headquartered at Redmond, Washington:

1.  adelina.delamines
2.  adriancharlesjay.aquino
3.  alonabagwis69
4.  antonia.labe
5.  barelyl
6.  bheblue20
7.  cabalhin.april
8.  chan.amore
9.  chealseaxxx
10. cutie.babe19
11. denice.corsaba
12. donnaamara
13. ecat.jenelyn
14. estelita_javier
15. ester.talabis
16. eycee24
17. flaviana.pajes
18. grace.roses
19. hot.mommy4
20. jeje.mien
21. jengsheendor
22. jenny.mostera185
23. jerza.marcial
24. jhane2012
25. jhen.salazar57
26. jheng.zkie
27. jomar.banaag2
28. kim.crime
29. lady.charm29
30. lesly.salvador6
31. live:.cid.102b41dc746ca0fc
32. live:.cid.130de191dd7d1281
33. live:.cid.141f563676c1ba4d
34. live:.cid.1548d47712a01628
35. live:.cid.1840e0764fbad6df

36. live:.cid.19863b8e822bc8be
37. live:.cid.1c486b4772224a1f
38. live:.cid.22408ddf81cd6291
39. live:.cid.236b28f66291b3dc
40. live:.cid.23dcfa9b929b37db
41. live:.cid.24319d0fbb6b01f3
42. live:.cid.24ef09bb673d912f
43. live:.cid.28102be3639d0168
44. live:.cid.284ae869fcce5edc
45. live:.cid.28ab756bc03c637a
46. live:.cid.29cfaede74d3497f
47. live:.cid.29fce67df44055d
48. live:.cid.2b1ec690a84a2b5b
49. live:.cid.2d671705b8994ae
50. live:.cid.2e43f4907823155a
51. live:.cid.2eaf8e7bb04e6485
52. live:.cid.2ee8b56802a1d7f4
53. live:.cid.311a5c3df6ca7d3b
54. live:.cid.32b536961c38bc3a
55. live:.cid.35083888d03cd12b
56. live:.cid.356f31d2d8a69b74
57. live:.cid.39e402ecbbd2b1a9
58. live:.cid.39fe6f1a40421b9f
59. live:.cid.3abfb45050d8b3b2
60. live:.cid.3ace3bb375b467ea
61. live:.cid.3b4183b942d1e49
62. live:.cid.3df18133b04a193a
63. live:.cid.3ff8e7ed4fc08de6
64. live:.cid.40de131b21d1334
65. live:.cid.40e65a13fa338491
66. live:.cid.4136c82ad6a02705
67. live:.cid.419f69e585578021
68. live:.cid.42ff59d093968494
69. live:.cid.43b54ff6d4616fa7
70. live:.cid.4585724b3b7e318b
71. live:.cid.46f7893ecefd70f2

11

72. live:.cid.47982e574891634b
73. live:.cid.47d12e3ca08bfedd
74. live:.cid.47d2f3a3b184b02f
75. live:.cid.47ee857813cea13e
76. live:.cid.4899fbe957c0fd93
77. live:.cid.48af618db065ad30
78. live:.cid.4a55e951abbb1803
79. live:.cid.4b55c62eac0cdefe
80. live:.cid.4b84ed6fb143893c
81. live:.cid.4ba5d9e63ba71939
82. live:.cid.4c87e4afc3eed1fc
83. live:.cid.4cde785ea3dd803
84. live:.cid.4e0b5ee24822b5be
85. live:.cid.4f669b96de22cc2a
86. live:.cid.503319ce461179a3
87. live:.cid.5034309a19762976
88. live:.cid.518f513ebe8a5050
89. live:.cid.533493b972e99ad
90. live:.cid.547f7a1cf45a12cd
91. live:.cid.55a3303baf4552b8
92. live:.cid.59b4d48de020d9a5
93. live:.cid.5b4e6e194fc6d8df
94. live:.cid.5c29bb6ea85afb71
95. live:.cid.5c866c01c1b9f8d1
96. live:.cid.5ca0e0e5efe165ab
97. live:.cid.5ce058011b921893
98. live:.cid.5dc3a35e60f5e050
99. live:.cid.5ed5802d0e9dff49
100. live:.cid.61f7990f959a8f68
101. live:.cid.627e4e8994a2c469
102. live:.cid.632a649d55edc217
103. live:.cid.63d49c54de271b50
104. live:.cid.65a1bf00ee8b6d8
105. live:.cid.65b418947d773ec7
106. live:.cid.65bf8d4e42e27be1
107. live:.cid.666ae6cfdb180c78
108. live:.cid.66d4ae25fa79937a
109. live:.cid.69f1e2e0c6dd4e3c
110. live:.cid.6c5dca15058f3b4f
111. live:.cid.6cd5ed548cdab536
112. live:9808fae4a772e820
113. live:.cid.6e70048af70c1bf8
114. live:.cid.6f1e23a45bb1fbe2
115. live:.cid.71b1f588af2ebfeb
116. live:.cid.71fc209b124a66a3
117. live:.cid.722e0282b1fec304

118. live:.cid.72cbc54ee1c48420
119. live:.cid.747a246daca30280
120. live:.cid.75dbd4476c30e950
121. live:.cid.76e95443a94a97e1
122. live:.cid.770199729e87949e
123. live:.cid.789b46d651678f1e
124. live:.cid.78c8b0bd80122131
125. live:.cid.78ee6088db93b382
126. live:.cid.7aef262ef1779d99
127. live:.cid.7cf6f2603d2b9532
128. live:.cid.7dbf28c1dd4248ce
129. live:.cid.7f17f91655469e90
130. live:.cid.7fbdce11e69295d1
131. live:.cid.7fe2c62862a511eb
132. live:.cid.7fe4dd7d2ece416b
133. live:.cid.80f8770c20ef2eea
134. live:.cid.81567cbe6c8898
135. live:.cid.8348937f7d03cfb0
136. live:.cid.83a4098764c2dcba
137. live:.cid.83c3521efabacdc6
138. live:.cid.88798fe57b3a3796
139. live:.cid.88a14825c318e2ff
140. live:.cid.8a499226649c4bed
141. live:.cid.8c5e3bed859b001c
142. live:.cid.8e600d7ac6facaf8
143. live:9808fae4a772e820
144. live:94f5edb8b17c2ebe
145. live:99a7eb5cea454f8
146. live:9c6a07be9b2c0733
147. live:9fd5d28a16a81e56
148. live:andiee.sanchez
149. live:annasexygirl6
150. live:b551d4927770c03f
151. live:cindyresma_1
152. live:d717f379ea9da80c
153. live:d820e9106272a326
154. live:dab360faa36c6395
155. live:dc72d0f9083865f5
156. live:ddoll257
157. live:dianeyu216
158. live:e70a7bec562187da
159. live:ecfebdce2d9dc133
160. live:edbfc397d85eb10c
161. live:ericaenerez23
162. live:f99180157eacf904
163. live:f9be6b85174d79b3

12

164. live:fc016eb30066683b
165. live:janegunayan
166. live:jeanavenido60
167. live:jemarhao_22
168. live:jonalyncarangan
169. live:lady_francinexxx
170. live:lbensorto4
171. live:ljhayedalisay0620
172. live:margazun78
173. live:marie_ogabar
174. live:melona.estancia
175. live:mhokiallen21_19
176. live:pagayananjane
177. live:pistaarianne
178. live:serranorose_1
179. live:sexyclit_2
180. live:wennzdeguzman1999
181. loren4you
182. loves_112003
183. luxyle19
184. macristina.dino
185. maldita_14
186. marievic.roque1
187. marilou032592
188. maryrosary6
189. misz_ashley29
190. raquel.pajes1
191. raypril.cute
192. rona.cabrera15
193. rosielyn.29
194. rowena.descatiar
195. samwaje1
196. shakira_j1
197. shemar597
198. sweet_maya1989
199. trixie.calderon1
200. unistarr53
201. kimiloveu27
202. aprilaltarejos
203. live:allkind.show
204. chris.ramos886
205. live:608da558fa87b934
206. analiza.valle2
207. marifel_tisoy
208. vickylee.valencia1
209. lolita.magbanua
210. judith.cuyacot2
211. cristie967
212. live:lovesol_23
213. myra.reyes25
214. boningrose
215. darlingcole1225
216. live:f35c04ec7541fd71
217. live:f031574098fd2bc3
218. live:40380a7919f5c69a
219. monicared88
220. live:wizkhaliyah
221. maryjane8110
222. live:f02d2a93109d399d
223. ciarratomas
224. emily.galman
225. marciana.sajulan
226. annalyn.cabillo
227. live:2caf0043248383e3
228. live:b36d3dc2373a53a4
229. jossie.26
230. live:3219a9c6689d6ffe
231. live:b7718ddb579875ae
232. live:af7aa4094acdb44c

identified in Attachment A (hereinafter referred to as the "TARGET ACCOUNTS"), stored at premises owned, maintained, controlled, or operated by Microsoft Corporation, a message provider headquartered at One Microsoft Way, Redmond, Washington. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Microsoft to disclose to the government records and other information in

its possession pertaining to the subscriber or customer associated with the accounts, including the contents of communications, as further described in Attachment B.

3.     The facts in this affidavit come from my personal observations, my training, and experience and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2251(a), (c), and (e) – Sexual exploitation of children, and attempts and conspiracies to sexually exploit children; 18 U.S.C. §§ 2252(a)(1) & (b)(1) and 2252A(a)(1) & (b)(1) – Transportation and attempted transportation of child pornography; 18 U.S.C. §§ 2252(a)(2) & (b)(1) and 2252A(a)(2) & (b)(1) – Distribution and attempted distribution of child pornography; 18 U.S.C. §§ 2252(a)(2) & (b)(1) and 2252A(a)(2) & (b)(1) – Receipt and attempted receipt of child pornography; 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) and 2252A(a)(5)(B) & (b)(2) – Possession and attempted possession of child pornography; 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) and 2252A(a)(5)(B) & (b)(2) – Accessing and attempting to access material with intent to view material that contains an image of child pornography; and 18 U.S.C. § 2422(b) – Coercion and enticement and attempted coercion and enticement of a minor, have been committed by the user of the TARGET ACCOUNT.  There is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

**JURISDICTION**

5.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). As discussed more fully below, the criminal offenses under investigation began or were committed upon the high seas, or elsewhere out of the jurisdiction of any particular State or district, and no offender is known to have, or have had, residence within any United States district. *See* 18 U.S.C. § 3238.

**STATUTORY AUTHORITY**

6.      As noted above, this investigation concerns alleged violations of the following:

a.  18 U.S.C. § 2251(a) and (e) prohibit any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, or transporting any minor in or affecting interstate or foreign commerce with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; or if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; or attempting or conspiring to do so.

15

b.  18 U.S.C. § 2251(c) and (e) prohibit any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, any sexually explicit conduct outside of the United States, its territories or possessions, for the purpose of producing any visual depiction of such conduct, if the person intends such visual depiction to be transported to the United States, its territories or possession, by any means, including by using any means or facility of interstate or foreign commerce or mail; or if the person transports such visual depiction to the United States, its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail; or attempting or conspiring to do so.

c.  18 U.S.C. § 2252(a)(1) and (b)(1) prohibit any person from knowingly transporting or shipping, or attempting or conspiring to transport or ship, any visual depiction using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, by any means, including by computer or mail, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

d.  18 U.S.C. § 2252(a)(2) and (b)(1) prohibit any person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce or

16

through the mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

e.   18 U.S.C. § 2252(a)(4)(B) and (b)(2) prohibit any person from knowingly possessing or accessing with the intent to view, or attempting or conspiring to possess or access with the intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

f.   18 U.S.C. § 2252A(a)(1) and (b)(1) prohibit a person from knowingly mailing or transporting or shipping using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography, as defined in 18 U.S.C. § 2256(8), or attempting or conspiring to do so.

g.   18 U.S.C. § 2252A(a)(2)(A) and (b)(1) prohibit a person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any child pornography or any material that contains child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

h.   18 U.S.C. § 2252A(a)(5)(B) and (b)(2) prohibit a person from knowingly possessing or knowingly accessing with intent to view, or attempting or conspiring to do so, any material

17

that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, by any means, including by computer, or that was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

i.  18 U.S.C. § 2422(b) prohibits any person from using the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempting to do so.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

7.  The investigations, described more fully below, involve individuals who have engaged in the sexual exploitation of children through an internet-based, videoconferencing and chat application known as Skype/Teams.  Based on the investigations, there is probable cause to believe that the user of the TARGET ACCOUNTS have engaged or attempted to engage in the sexual exploitation of minors in violation of the above federal criminal statutes, and that evidence of that conduct will be found within the contents of that account.

### Background on Online Child Sex Trafficking and Exploitation via Webcam and the Internet

8.  HSI is investigating individuals who provide access to pre-produced child sexual abuse material and live-streaming online webcam shows involving the sexual abuse of children to paying customers worldwide.  This growing transnational child-sexual-abuse industry includes child sex traffickers in, among other places, the Philippines, who collect viewership fees from

18

vetted customers scattered throughout the world.  Paying customers often request that these child sex traffickers provide pre-recorded depictions of minors engaging in sexually explicit conduct or sexually abuse minors in real time during private webcam interactions on a variety of streaming video services and applications, including Skype/Teams.

9.    Based on my training, experience, and information conveyed to me by other law enforcement agents involved in the investigation of live-streaming depictions of child sexual abuse, I know that it is common for such traffickers in the Philippines and elsewhere to be communicating with a large number of individuals who are paying for access to such material.  I also know that it is common for the paying customers to communicate with other traffickers—and sometimes many other traffickers—who are selling access to similar material over the internet. These individuals often use a variety of money service businesses to pay the traffickers or associates of the traffickers for access to this material, including Western Union, WorldRemit, MoneyGram, PayPal, Xoom, and Remitly.

10.    I also know that the purchasing individuals often find ways to capture the live-streamed child sexual abuse and exploitation, either by recording the live shows onto their computers or taking still photographs (including "screen captures" or "screen shots") of the abuse, which can also be stored on the individual's computer or an electronic storage device.  Such individuals often also save any pre-produced child sexual abuse material the traffickers provide to their computer or an electronic device for later viewing or distribution.

11.    HSI Special Agents, task force officers, and/or other law enforcement officers have obtained multiple state, local, and federal search warrants in multiple districts across the United States for Microsoft Skype accounts and data related to these investigations, including but not limited to the following federal warrants:

19

a) District of Maine*: 2:20-mj-152-JHR, 2:21-mj-148-JHR, 2:21-mj-201-NTm 2:22-mj-50-JAW*

b) District of Maryland*: 1:24-mj-02061-ABA, 1:24-mj-1573-CDA*

c) District of Arizona*: 24-04842MB, 24-10050MB, 25-01753MB, 25-01754MB, 25-01755MB, 25-01756MB, 25-01757MB, 25-14175MB, 25-14177MB, 25-12331MB, 25-14173MB, 25-14176MB, 25-14174MB, 25-12332MB, 25-3065MB, 25-8345MB, 25-6139MB*

d) District of Vermont*: 2.25-MJ-173-1*

e) District of Oregon*: 25-mc-01484. 3:24-mc-175*

f) District of New Hampshire*: 1:24-mj, 25-mj-249-01-TSM, 25-mj-250-01-TSM, 25-mj-251-01-TSM*

g) Western District of Oklahoma*: MJ-25-688-STE, MJ-25-689-STE*

12.     HSI has identified individuals (hereinafter referred to as "TRAFFICKERS") operating child-sex-trafficking networks from the Philippines, Colombia, Africa, Vietnam, and other countries, and interacting with BUYERS across the United States and globally.  Based on undercover activity and other investigative efforts, HSI is aware that the TRAFFICKERS did, in fact, have access to minors to sexually abuse on camera and has offered to provide access, through the TRAFFICKER's Skype account, to visual depictions of one or more minors engaging in sexually explicit conduct in exchange for money. The investigations have revealed that BUYERS of child sexual abuse material were using Skype accounts to communicate with the above listed TRAFFICKER accounts.

13.     The primary investigations into these trafficking networks are currently ongoing in HSI offices in Portland, Maine; Frederick, Maryland; and Tucson, Arizona. These HSI offices have also sent out investigative leads to law enforcement and prosecutorial officials across the United States and internationally.  These efforts have to date accounted for approximately 355

20

rescues of child sex trafficking victims, arrests of 300 suspects in 27 countries, and the disruption and dismantlement of 68 child sex trafficking networks, with active investigations ongoing domestically and internationally.

**<u>Skype Communications between the<br>TARGET ACCOUNTS and a BUYER</u>**

14.     In response to  federal search warrants, HSI has obtained subscriber information, text chat logs, media files, and other data from Microsoft for Skype accounts being used by child sex traffickers and buyers in illegal child sex trafficking activities.

15.     I have reviewed the Skype chat communications between the TARGET ACCOUNTS and the BUYER.  Based on my review, my training, experience, and information conveyed to me by other law enforcement officers involved with the investigation of online child sex trafficking, I believe the chat conversations are consistent with the sale of live-streaming depictions of child sexual abuse, as further described below, wherein the child sex trafficker provides another individual with access to pre-produced or live-streaming video depictions of minors engaged in sexually explicit conduct in exchange for money. Requests by buyers include the term "young" or specifically requests the ages of the minors they are seeking to sexually exploit with some requests including same or similar language to various TRAFFICKERS in order to identify their preferences. The following summaries of chat and account information will serve to provide a brief overview of the account activities in the interest of brevity, and do not include all information observed in the TARGET ACCOUNTS.

Account summaries:

| Skype ID | Summary | Exhibit & Page Number |
|---|---|---|
| 1. adelina.delamines | BUYER and TRAFFICKER negotiated livestream sex shows with a 12-year-old girl, payments discussed. | Exhibit 1 Page 1 |
| 2. adriancharlesjay.aquino | BUYER and TRAFFICKER negotiated purchase of child pornography videos involving 14- and 17-year-old girls and payment for the materials. | Exhibit 2 Page 7-9 |
| 3. alonabagwis69 | BUYER and TRAFFICKER negotiated livestream sex show with 6- and 10-year-old girls. CSAM video sent. | Exhibit 3 Page 10-14 |
| 4. antonia.labe | BUYER and TRAFFICKER negotiated livestream sex show with 10-year-old daughter of TRAFFICKER. | Exhibit 4 Page 16 |
| 5. barely1 | BUYER and TRAFFICKER negotiated livestream sex show with 11-year-old, payments in "tips", and discussed which camera website would be used for the show. | Exhibit 5 Page 18-22 |
| 6. bheblue20 | BUYER and TRAFFICKER negotiated livestream sex shows and child pornography production with multiple girls/relatives/associates ages 9-13 years old. Payments of $40-$60 USD discussed. | Exhibit 6 Page 29-36 |

22

| 7. | cabalhin.april | BUYER and TRAFFICKER negotiated livestream sex shows with 10-year-old daughter of the TRAFFICKER on Skype instead of an adult sex website because minors were not allowed on the site. Payment via PayPal discussed. | Exhibit 7<br><br>Page 38-42 |
|---|---|---|---|
| 8. | chan.amore | BUYER and TRAFFICKER negotiated livestream sex shows with girls 7, 12, and 16 years old for a payment to be sent via PayPal or Xoom. | Exhibit 8<br><br>Page 44-45 |
| 9. | chealseaxxx | Two BUYERS negotiated with the TRAFFICKER about having livestream sex shows and in person sex with TRAFFICKER'S daughters for a payment. The daughters are described as 7- and 13-year-old by the TRAFFICKER in one of the chats. | Exhibit 9<br><br>Page 46- |
| 10. | cutie.babe19 | BUYER asked the TRAFFICKER if she had any "young" kids, ages 6 or 9. Once the TRAFFICKER confirms to have a 9-year old, the BUYERn asks what the 9-year-old can do in a livestream sex show. The TRAFFICKER asks the BUYER to send money before seeing the girl, and the chat stopped shortly after. | Exhibit 10<br><br>Page 48 |
| 11. | denice.corsaba | BUYER and TRAFFICKER negotiated a livestream sex show with the 10- and 11-year-old daughters of the TRAFFICKER for a payment to be sent via World Remit or by "tip" payment. | Exhibit 11<br><br>Page 50-53 |

| 12. donnaamara | BUYER and TRAFFICKER discussed the 7-year-old daughter of the TRAFFICKER participating in a livestream sex show for a "tip" payment. | Exhibit 12 Page 54 |
|---|---|---|
| 13. ecat.jenelyn | BUYER and TRAFFICKER conducted a livestream sex show with each other while 13-year-old twin son and daughter of TRAFFICKER watched and masturbated, performed oral sex. | Exhibit 13 Page 56-66 |
| 14. estelita_javier | BUYER and TRAFFICKER negotiated for a livestream sex show with the TRAFFICKER's 13-year-old female neighbor and 15-year-old niece for a payment of 10,000 Philippine Pesos via PayPal or Western Union. | Exhibit 14 Page 67-71 |
| 15. ester.talabis | BUYER and TRAFFICKER negotiated livestream sex show with 11- and 13-year-old girls and a male with the TRAFFICKER for $100 USD to be sent via Money Service Business (MSB) Cebuana or L Huillier. | Exhibit 15 Page 72-75 |
| 16. eycee24 | TRAFFICKER told the BUYER her 7, 10, and 12 yr old daughters could "ride" the penises of older men that she called "regulars" but could not insert them inside of themselves. BUYER inquired about how many "cocks" the 13-year-old daughter of TRAFFICKER had "sucked" and asked for a photo of her performing oral sex on a "foreigner" male that TRAFFICKER said had "paid a lot for that". TRAFFICKER acknowledged the daughter had | Exhibit 16 Page  76-79 |

24

| | | |
|---|---|---|
| | performed oral sex on a male "5" times on 50+ year old men but would not send the BUYER a photo of the acts. | |
| 17.  flaviana.pajes | BUYER and TRAFFICKER negotiated a livestream sex show with the 10-year-old daughter of the TRAFFICKER performing oral sex on a "guy" for a payment via PayPal. | Exhibit 17 Page 80-83 |
| 18.  grace.roses | BUYER and TRAFFICKER negotiated having a livestream sex show with the TRAFFICKER and her 3-year-old daughter. TRAFFICKER agreed to let BUYER "fuck" her 3-year-old daughter when he traveled to the Philippines the following month if he paid her 10,000 Philippine Pesos and he agreed. | Exhibit 18 Page 84-88 |
| 19.  hot.mommy4 | BUYER and TRAFFICKER negotiated a livestream sex show with 5- and 8-year-old girls with the TRAFFICKER for a "tip" of $50 USD. They agreed on a "tip" of "5" to see the girls naked and started a video call. Livestream sex show occurred/directed, disagreement on acts and price occurred and show ended. | Exhibit 19 Page 89-93 |
| 20.  jeje.mien | BUYER and TRAFFICKER negotiated sending nude photos and conducting a livestream sex show with the 6-year-old daughter of the TRAFFICKER for $30 USD.  No agreement was made for a | Exhibit 20 Page 98-102 |

25

| | payment for the show and/or nude photo content requested by the BUYER. | |
|---|---|---|
| 21.  jengsheendor | BUYER and TRAFFICKER attempted to negotiate a livestream sex show with 10-, 12-, and 15-year-old girls for 8,000 Philippine pesos. The terms of the show were not agreed upon and did not ultimately occur. | Exhibit 21 Page 103-105 |
| 22.  jenny.mostera185 | BUYER and TRAFFICKER attempted to negotiate a livestream sex show with a 4-year-old girl that was with the TRAFFICKER. Payment was requested but did not occur. Preview photos of the girl were sent on multiple dates (later deleted by the sender and not visible in chat). | Exhibit 22 Page 107-110 |
| 23.  jerza.marcial | BUYER and TRAFFICKER attempted to negotiate the sending of naked photos of 14- and 17-year-old girls to the BUYER for a payment of "30 tips". (Photos sent but later deleted by the sender.) | Exhibit 23 Page 111-114 |
| 24.  jhane2012 | BUYER and TRAFFICKER discussed sending him naked pictures of her sleeping daughter. TRAFFICKER stated her daughter was wearing "Hello Kittie" panties and had "tiny" breasts "like a seed", indicating that the daughter was likely prepubescent or pre-teen. Pictures were sent of the girl's vagina at the BUYER's request until the girl | Exhibit 24 Page 115-126 |

26

| | woke from her sleep (pictures later deleted by sender). | |
|---|---|---|
| 25.  jhen.salazar57 | BUYER and TRAFFICKER attempted to negotiate livestream sex shows on multiple dates with multiple girls from 5 to 10 years old for payment of $30 USD. | Exhibit 25 Page 127-133 |
| 26.  jheng.zkie | BUYER and TRAFFICKER attempted to negotiate livestream sex shows on multiple dates with multiple girls from 3 to 10 years old for a payment of 1,000-2,000 Philippine Pesos. | Exhibit 26 Page 135-141 |
| 27.  jomar.banaag2 | BUYER and TRAFFICKER attempted to negotiate a livestream sex show with 5, 7-, 11-, 13-, and 16-year-old girls. No agreement payment was reached and the conversation ended. | Exhibit 27 Page: 142-143 |
| 28.  kim.crime | BUYER and TRAFFICKER attempted to negotiate the sending of child pornography photos and a livestream sex show with the 12-year-old daughter of the TRAFFICKER for a payment. Photos of the girl were sent so the BUYER could see what the girl looked like. No agreement on payment and the conversation ended. | Exhibit 28 Page 144-147 |
| 29.  lady.charm29 | BUYER and TRAFFICKER discussed having a livestream sex show with "young girls". TRAFFICKER offered a 15-year-old girl and BUYER asked for someone younger to which | Exhibit 29 Page 148-153 |

| | TRAFFICKER offered him a 14-year-old. No deal was reached and the communication ended. | |
|---|---|---|
| 30.  lesly.salvador6 | BUYER and TRAFFICKER attempted to negotiate a livestream sex show with a 9- and 14-year-old girl. No agreement on payment was reached and the conversation ended. | Exhibit 30 Page 154-157 |
| 31.  live:.cid.102b41dc746ca0fc | BUYER and TRAFFICKER negotiated prices from $5-$20 to send nude photos and videos of the TRAFFICKER'S 11-year-old daughters. | Exhibit 31 Page 158-163- |
| 32. live:.cid.130de191dd7d1281 | BUYER and TRAFFICKER attempted to negotiate a livestream sex show with the TRAFFICKER's 13-year-old daughter. No agreement was reached after a long debate over sending a payment before or after the show would occur. | Exhibit 32 Page 173-179- |
| 33. live:.cid.141f563676c1ba4d | BUYER and TRAFFICKER attempted to negotiate a livestream show where TRAFFICKER'S 8-year-old daughter and 10-year-old son would have oral and anal sexual intercourse with each other and the TRAFFICKER for a payment of $40 USD. No payment was made and the conversation ended shortly after. | Exhibit 33 Page 181-186 |
| 34. live:.cid.1548d47712a01628 | BUYER and TRAFFICKER attempted to negotiate a livestream sex show with TRAFFICKER'S 8-, 11-, and 14-year-old "kids" for a tip of "50" on an adult camera sex website. The BUYER eventually | Exhibit 34 Page 187-193 |

| | stopped communicating and the TRAFFICKER continued to try to solicit a "naughty show" "with my kids" adding "she like suck my tits". | |
|---|---|---|
| 35.  live:.cid.1840e0764fbad6df | BUYER and TRAFFICKER attempted to negotiate an hour-long livestream sex show with her 13- and 18-year-old sisters for a total of 1,000 Philippine Pesos. No payment was made and the conversation ended shortly after. | Exhibit 35 Page 194-202 |
| 36. live:.cid.19863b8e822bc8be | BUYER and TRAFFICKER attempted to negotiate a livestream sex show with the TRAFFICKER's 9-year-old girl and discussed sending the BUYER a "tabo" sex video that showed the girl performing oral sex on the TRAFFICKER's boyfriend. A price of 200 Philippine pesos or "50" tips for the videos and/or show was requested by the TRAFFICKER. The conversation ended shortly after. | Exhibit 36 Page 203-213 |
| 37. live:.cid.1c486b4772224a1f | BUYER and TRAFFICKER negotiated a livestream "naughty" sex show with the 12-year-old daughter of the TRAFFICKER for a payment of 1,500 Philippine Pesos.  A payment was made to the TRAFFICKER with personal identifying information she provided, a 7-minute video call occurred, and the BUYER thanked the TRAFFICKER at the end of the video call. | Exhibit 37 Page 214-219 |
| 38. live:.cid.22408ddf81cd6291 | TRAFFICKER told the 43-year-old BUYER that she was 16 years old, and he said it was "ok with | Exhibit 38 |

| | | |
|---|---|---|
| | me". The two attempted to negotiate a livestream sex show together in exchange for the BUYER sending the TRAFFICKER 500-1,000 Philippine Pesos so she could buy school supplies. The conversation stopped shortly after negotiations began. | Page 221-223 |
| 39. live:.cid.236b28f66291b3dc | BUYER and TRAFFICKER negotiated payments for livestream child sex shows and child pornography photos of TRAFFICKER'S 14-year-old female neighbor in exchange for 1,000 Philippine Pesos. The BUYER requested acts/poses during the live show and photos were sent after the requests, believed to be child pornography images taken by the TRAFFICKER. The TRAFFICKER selectively deleted messages and images from her side of the conversation. Similar conversations occurred on other dates not shown in the exhibit involving a 6-year-old girl. | Exhibit 39 Page 233-241- |
| 40. live:.cid.23dcfa9b929b37db | BUYER and TRAFFICKER discussed photos she sent to the BUYER that he requested of her "girl", specifically naked photos that she sent, and he commented the girl was "very hot". When asked for a naked video of the girl, TRAFFICKER said she only had a video of the girl urinating which the BUYER asked for and received.. The two negotiated a livestream sex show with the girl and the BUYER asked if TRAFFICKER had any | Exhibit 40 Page 252-255 |

| | "teens", to which she confirmed the BUYER liked "young and teens", and he confirmed, indicating that the girl in the naked photos and video sent to him was a young girl believed to be pre-teen age. | |
|---|---|---|
| 41.  live:.cid.24319d0fbb6b01f3 | BUYER asked TRAFFICKER to conduct a livestream child sex show where her 8-year-old son (age discussed in a chat on a prior date not included in exhibit in interest of brevity), was to be naked while sucking on the TRAFFICKER's breasts and drinking her breast milk.  A live video call started, the BUYER commented that he could see the boy, commented that he thought the boy's sister "wants to suck his cock", and said he would like it because "that is hot". The BUYER concluded the show saying that "I cum really good bb". | Exhibit 41  Page 259-261 |
| 42.  live:.cid.24ef09bb673d912f | BUYER received child pornography videos from the TRAFFICKER that she described as involving her 7-year-old girl and a 12-year-old girl that was with her. The TRAFFICKER was editing a longer child pornography video to send him before having to leave the conversation due to her cell phone battery needing to charge. The conversation ended shortly after. | Exhibit 42  Page 263-269 |
| 43. live:.cid.28102be3639d0168 | BUYER and TRAFFICKER attempted to negotiate a 1-hour long livestream sex show with a 10-year-old girl that was with the TRAFFICKER for a | Exhibit 43  Page 272-273 |

| | | |
|---|---|---|
| | payment of 1,000 Philippine Pesos. The conversation ended shortly after. | |
| 44.   live:.cid.284ae869fcce5edc | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 13-year-old girl that was with the TRAFFICKER for a payment. A photo was sent of the girl, and the BUYER didn't believe the girl was with the TRAFFICKER, and the conversation ended shortly after. | Exhibit 44<br><br>Page 275-278 |
| 45. live:.cid.28ab756bc03c637a | BUYER was offered a livestream sex show with the TRAFFICKER and her 14-year-old niece where "She will suck me and boobs, we touch each other finger. Anything you want we will". PayPal was discussed as a payment method for the show. The BUYER declined a show at the time because he was busy. | Exhibit 45<br><br>Page 280-282- |
| 46.   live:.cid.29cfaede74d3497f | The TRAFFICKER, a TRAFFICKER associate, and an apparent BUYER were in a group chat where this TRAFFICKER accuses the BUYER of not paying for child pornography that she made and sent to him. A video depicting a prepubescent toddler age female naked waving at the camera was sent, along with screenshots of the BUYER and a "fake" receipt for the payment. TRAFFICKER threatened to make a report to a senator in the Philippines about the subject not paying for the child pornography he purchased. | Exhibit 46<br><br>Page 283-289 |

| | | |
|---|---|---|
| 47.  live:.cid.29fce67df44055d | BUYER paid TRAFFICKER for child pornography photos of a 12-year-old girl posing and performing sex acts requested by the BUYER. TRAFFICKER advertised she had child pornography photos and videos of "many young" girls having sex with her "white" boyfriend. More images/videos were sent of who the TRAFFICKER identified as 5-, 7-, 8-, and 10-year-old girls in sex acts. | Exhibit 47 Page 291-306 |
| 48. live:.cid.2b1ec690a84a2b5b | TRAFFICKER sent the BUYER numerous naked photos of 5-, 9-, and 14-year-old girls and offered to let the BUYER watch them in the shower.  No shows occurred. | Exhibit 48 Page 308-319- |
| 49. live:.cid.2d671705b8994ae | BUYER and TRAFFICKER attempted to negotiate a livestream sex show with the 11-year-old daughter of the TRAFFICKER. No agreement or payment was made. | Exhibit 49 Page 326-329 |
| 50. live:.cid.2e43f4907823155a | BUYER and TRAFFICKER discussed a livestream sex show with an 8-year-old girl that was with the TRAFFICKER that they could not discuss on an adult sex website due to her age. Multiple images sent by TRAFFICKER, one describing the girl would be "sucking your cock while looking up you". All images were later removed by the sender. | Exhibit 50 Page 331-342 |
| 51.  live:.cid.2eaf8e7bb04e6485 | BUYER paid $130 via Xoom money transfer to the TRAFFICKER for a 30-minute-long livestream sex show with the 10-year-old daughter of the | Exhibit 51 Page 345-348 |

| | | |
|---|---|---|
| | TRAFFICKER. Payment was sent, technical difficulties occurred with the video camera and show was unable to be seen. | |
| 52.  live:.cid.2ee8b56802a1d7f4 | BUYER and TRAFFICKER negotiated a livestream sex show with the 10-year-old daughter of the TRAFFICKER. A video call occurred where TRAFFICKER showed the girl to the BUYER to see what she looked like, and BUYER requested to do the show another day. | Exhibit 52 Page 353-360- |
| 53.  live:.cid.311a5c3df6ca7d3b | BUYER and TRAFFICKER discussed photos sent to him of TRAFFICKER's 13-year-old daughter. BUYER asked if TRAFFICKER had also spoken to her neighbor about getting their daughter to "play" (livestream sex show) with the TRAFFICKER, and she said the neighbor didn't want to "sell" her child. | Exhibit 53 Page 361-365 |
| 54. live:.cid.32b536961c38bc3a | BUYER and TRAFFICKER conducted a livestream child sex show with the 9-year-old daughter of the TRAFFICKER for payment of "20" tips. | Exhibit 54 Page 370-371 |
| 55. live:.cid.35083888d03cd12b | BUYER and TRAFFICKER attempted to negotiate a livestream sex show with the daughters of the TRAFFICKER that she described as "young" with "slim sexy body" for a "tip" payment of "50". | Exhibit 55 Page 374-376 |
| 56. live:.cid.356f31d2d8a69b74 | BUYER and TRAFFICKER attempted to negotiate the sending of child pornography photos and videos, and a livestream sex show involving the 11- | Exhibit 56 Page  379-389- - |

34

| | | |
|---|---|---|
| | year-old son and 12-year-old daughter of the TRAFFICKER. | |
| 57. live:.cid.39e402ecbbd2b1a9 | BUYER and TRAFFICKER attempted to negotiate the purchase of child pornography photos and videos of 12- and 17-year-old girls with the TRAFFICKER for a "tip" payment of "50". | Exhibit 57 Page 391-394 |
| 58. live:.cid.39fe6f1a40421b9f | BUYER and the 16-year-old TRAFFICKER attempted to negotiate a 30-minute livestream child sex show for 3,000 Philippine Pesos. | Exhibit 58 Page 397-399 |
| 59. live:.cid.3abfb45050d8b3b2 | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows and the in-person meeting of the TRAFFICKER's 11-year-old daughter for sex. | Exhibit 59 Page 401-404 |
| 60. live:.cid.3ace3bb375b467ea | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 9- and 10-year-old daughters; as well as 14- and 16-year-old stepsisters of the TRAFFICKER for $50 USD or "tips" of "30". | Exhibit 60 Page 406-409 |
| 61. live:.cid.3b4183b942d1e49 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 7- and 13-year-old girl that were with the TRAFFICKER for a "tip" payment of $50 USD. | Exhibit 61 Page 413-417 |
| 62. live:.cid.3df18133b04a193a | BUYER and TRAFFICKER negotiated sending child pornography videos of 10- and 12-year-old | Exhibit 62 Page 421-423 |

| | girls to the BUYER via Gmail or yahoo email for a $10 "tip". | |
|---|---|---|
| 63.   live:.cid.3ff8e7ed4fc08de6 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 9-year-old girl for an unknown amount of payment. | Exhibit 63 Page 431-435 |
| 64.   live:.cid.40de131b21d1334 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show and the sending of child pornography involving an 11- and 14-year-old girl for $20 USD. | Exhibit 64 Page 442-451 |
| 65.   live:.cid.40e65a13fa338491 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with an 11-year-old girl for an unknown amount of payment via PayPal. | Exhibit 65 Page 457-459 |
| 66. live:.cid.4136c82ad6a02705 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 14-year-old niece of the TRAFFICKER. | Exhibit 66 Page 469-471- |
| 67. live:.cid.419f69e585578021 | BUYER and TRAFFICKER attempted to negotiate livestream sex shows and in person sex acts with 8-, 14-, and 17-year-old girls that were with the TRAFFICKER. | Exhibit 67 Page 474-488 |
| 68. live:.cid.42ff59d093968494 | BUYER and TRAFFICKER negotiated sending/receiving child pornography videos showing a 6-month-old infant receiving oral sex from it's mother. | Exhibit 68 Page 507-509 |

36

| | | |
|---|---|---|
| 69. live:.cid.43b54ff6d4616fa7 | BUYER and TRAFFICKER negotiated the production of a child pornography video involving a 15-year-old girl participating in sex acts with the TRAFFICKER. | Exhibit 69 Page 518-523 |
| 70. live:.cid.4585724b3b7e318b | BUYER and TRAFFICKER negotiated naked photos and had a livestream child sex show with the 7-year-old daughter of the TRAFFICKER for tips of more than $5 USD. | Exhibit 70 Page 527-533 |
| 71. live:.cid.46f7893ecefd70f2 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show and "sexy pics" with the 6-, 9-, and 12-year-old daughters of the TRAFFICKER for an unknown amount of payment using MSB Gcash. | Exhibit 71 Page 539-545 |
| 72. live:.cid.47982e574891634b | BUYER and TRAFFICKER negotiated prices for the sending of recently produced child pornography involving an adult male and multiple girls ages 13 and 14 years old. Similar conversations occurred over a year. | Exhibit 72 Page 547-550 |
| 73. live:.cid.47d12e3ca08bfedd | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows on multiple dates with 7-, 8-, and 14-year-old girls. | Exhibit 73 Page 553-559 |
| 74. live:.cid.47d2f3a3b184b02f | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows with 12-, 13-, and 15-year-old girls for an undetermined amount of payment via MSB Gcash. | Exhibit 74 Page 563-565 |

| 75. live:.cid.47ee857813cea13e | BUYER and TRAFFICKER attempted to negotiate the purchase of child pornography produced by the TRAFFICKER of 9- and 14-year-old girls for "tip" payment of "20". | Exhibit 75<br><br>Page 569-571 |
|---|---|---|
| 76. live:.cid.4899fbe957c0fd93 | BUYER and TRAFFICKER attempted to negotiate the sale of child pornography photos of the TRAFFICKER's 8-year-old daughter. | Exhibit 76<br><br>Page 574-582 |
| 77. live:.cid.48af618db065ad30 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 14-year-old girl that was with the TRAFFICKER for an unknown amount of payment. Similar conversations occurred on multiple dates. | Exhibit 77<br><br>Page 583-585 |
| 78. live:.cid.4a55e951abbb1803 | BUYER and TRAFFICKER attempted to negotiate a livestream sex show and child pornography videos with the 9-year-old daughter of the TRAFFICKER for a "tip" payment of "20". | Exhibit 78<br><br>Page 588-594 |
| 79. live:.cid.4b55c62eac0cdefe | BUYER and TRAFFICKER negotiated and received child pornography images of 5- and 12-year-old girls for a payment of $20 or "tips" of "20". | Exhibit 79<br><br>Page 600-603 |
| 80. live:.cid.4b84ed6fb143893c | BUYER and TRAFFICKER negotiated terms for the BUYER to meet the 9-year-old daughter of the TRAFFICKER for in person sex and showed the BUYER child pornography images of the girl as he masturbated during their conversation. | Exhibit 80<br><br>Page 605-612 |

| 81. live:.cid.4ba5d9e63ba71939 | BUYER and TRAFFICKER attempted to negotiate the receipt of child pornography videos of the 11-year-old daughter of the TRAFFICKER produced with another adult male that traveled to meet them. Price of 1,500 Philippine Pesos discussed as payment. | Exhibit 81 Page 617-622 |
|---|---|---|
| 82. live:.cid.4c87e4afc3eed1fc | BUYER and TRAFFICKER attempted to negotiate the sending of child pornography images of 9-, 10-, 12-, and 13-year-old relatives and associate children of the TRAFFICKER for a payment. | Exhibit 82 Page 625-634 |
| 83. live:.cid.4cde785ea3dd803 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a "young" girl that was with the TRAFFICKER. The TRAFFICKER said she would get the girl "naked" during a video call and the BUYER ultimately declined the show because the girl in the show would not have a finger inserted in her vagina during the show. | Exhibit 83 Page 645-648 |
| 84. live:.cid.4e0b5ee24822b5be | TRAFFICKER offered livestream child sex shows involving 14-, 16-, and 17-year-old girls and herself to the BUYER on multiple dates. | Exhibit 84 Page 650-652 |
| 85. live:.cid.4f669b96de22cc2a | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows on multiple dates with 14- and 17-year-old girls for "tip" payments of "20". | Exhibit 85 Page 656-662 |

39

| 86. live:.cid.503319ce461179a3 | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows with the 12-year-old daughter of the TRAFFICKER for payments in "tips". | Exhibit 86<br><br>Page 665-667 |
|---|---|---|
| 87. live:.cid.5034309a19762976 | BUYER and TRAFFICKER negotiated and exchanged child pornography photos and videos of 9- and 13-year-old niece and cousin of the TRAFFICKER. | Exhibit 87<br><br>Page 673-675 |
| 88. live:.cid.518f513ebe8a5050 | BUYER received child pornography images and videos of 8- and 12-year-old girls sent by the TRAFFICKER to masturbate to. Media files were deleted when BUYER had finished per chat with the TRAFFICKER. | Exhibit 88<br><br>Page   679-683<br><br>and 703-721 |
| 89. live:.cid.533493b972e99ad | TRAFFICKER sent child pornography photos of 7- and 10-year-old daughters to the BUYER during a livestream adult sex show. | Exhibit 89<br><br>Page 723-732 |
| 90. live:.cid.547f7a1cf45a12cd | BUYER and TRAFFICKER attempted to negotiate the sending of child pornography photos, videos, and a livestream child sex show with 9- and 11-year-old children of the TRAFFICKER. | Exhibit 90<br><br>Page 735-743 |
| 91. live:.cid.55a3303baf4552b8 | BUYER and TRAFFICKER negotiated a livestream child sex show with the 7- and 9-year-old daughters of the TRAFFICKER. A payment was sent, a video call with the girls occurred and the girls were seen by the BUYER on the camera. | Exhibit 91<br><br>Page 744-747 |

| 92. live:.cid.59b4d48de020d9a5 | BUYER and TRAFFICKER attempted to negotiate the sending of child pornography photos of the 7- and 11-year-old daughters of the TRAFFICKER for a payment of $30 in "tips". | Exhibit 92 Page 758-761 |
|---|---|---|
| 93.  live:.cid.5b4e6e194fc6d8df | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 16-year-old daughter of the TRAFFICKER for an unknown amount payment via MSB Western Union. | Exhibit 93 Page 763-765 |
| 94.  live:.cid.5c29bb6ea85afb71 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 7-, 12-, and 14-year-old girl relatives of the TRAFFICKER for an unknown amount of payment via MSB Remitly or Gcash. | Exhibit 94 Page 773-777 |
| 95.  live:.cid.5c866c01c1b9f8d1 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 3-year-old boy and 10-year-old girl with the TRAFFICKER for a "tip" payment of "15". | Exhibit 95 Page 784-785 |
| 96.  live:.cid.5ca0e0e5efe165ab | BUYER and TRAFFICKER attempted to negotiated having "7th grade" girl (identified as 12 years old in previous chats) take naked photos of herself to send to the BUYER for a payment. | Exhibit 96 Page 786-790 |
| 97. live:.cid.5ce058011b921893 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 17-year-old cousin of the TRAFFICKER for an unknown | Exhibit 97 Page 793-795 |

41

| | | |
|---|---|---|
| | payment amount via MSB MoneyGram or World Remit. | |
| 98. live:.cid.5dc3a35e60f5e050 | BUYER and TRAFFICKER attempted to negotiate livestream child sex show with the 14-year-old daughter of the TRAFFICKER | Exhibit 98 Page 797-801 |
| 99. live:.cid.5ed5802d0e9dff49 | BUYER and TRAFFICKER attempted to negotiate a livestream sex show with the 7-year-old son and 10-year-old daughter of the TRAFFICKER for a payment of $50 via MSB PayPal. | Exhibit 99 Page 803-805 |
| 100. live:.cid.61f7990f959a8f68 | BUYER and TRAFFICKER attempted to negotiate livestream child sex show with the 9-year-old daughter of the TRAFFICKER. A video call was conducted where the girl was shown sleeping and partially nude, call ended when TRAFFICKER could not confirm a payment was sent by the BUYER. | Exhibit 100 Page 811-812 |
| 101. live:.cid.627e4e8994a2c469 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the daughter of TRAFFICKER who is believed to be under the age of 18 years old as she commented numerous times that her daughter couldn't be shown in a separate website because her age was not allowed, and she commented that a website administrator had seen her daughter on the TRAFFICKER's video stream | Exhibit 101 Page 823-832 |

| | | |
|---|---|---|
| | and had to turn the video off. Payment sent, show did not appear to occur. | |
| 102.  live:.cid.632a649d55edc217 | BUYER and TRAFFICKER negotiated conducting a livestream child sex show with the TRAFFICKER's 14-year-old daughter and neighbor girl, who was identified as 15 years old in similar chats on other dates. | Exhibit 102 Page 834-837 |
| 103.  live:.cid.63d49c54de271b50 | BUYER and TRAFFICKER negotiated and coordinated a payment from the BUYER for child pornography photos and videos of 7- and 16-year-old girls that were with the TRAFFICKER. | Exhibit 103 Page 839-842 |
| 104.  live:.cid.65a1bf00ee8b6d8 | BUYER and TRAFFICKER negotiated the sending of child pornography of 15- and 16-year-old girls that were produced by the TRAFFICKER to send to the BUYER for a payment. | Exhibit 104 Page 847-853 |
| 105. live:.cid.65b418947d773ec7 | BUYER and TRAFFICKER attempted to negotiate the sending of child pornography photos, videos, and livestream sex shows with the 1-, 9-, and 10-year-old children of the TRAFFICKER for "tip" payments. | Exhibit 105 Page 858-867 |
| 106.  live:.cid.65bf8d4e42e27be1 | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows and child pornography photos of 7- and 14-year-old girls with the TRAFFICKER for a $40 payment via MSB Gcash or PayPal. | Exhibit 106 Page 875-877 |

43

| 107. live:.cid.666ae6cfdb180c78 | BUYER and TRAFFICKER negotiated livestream child sex shows and child pornography photos/videos of 9- and 15-year-old girls with the TRAFFICKER for $25 payment via MSB PayPal. | Exhibit 107 Page 878-884 |
|---|---|---|
| 108. live:.cid.66d4ae25fa79937a | TRAFFICKER offered her 3-, 10-, and 18-year-old daughters for livestream child sex shows to the BUYER for payments in "tips". | Exhibit 108 Page 886-889 |
| 109. live:.cid.69f1e2e0c6dd4e3c | BUYER and TRAFFICKER negotiated the sending of child pornography photos produced by the TRAFFICKER of the 8- and 10-year-old daughters of the TRAFFICKER as they conducted a private livestream sex show in a private chat session. | Exhibit 109 Page 893-896 |
| 110. live:.cid.6c5dca15058f3b4f | BUYER and TRAFFICKER discussed the sending of child pornography photos and videos of 11- and 16-year-old girls to the BUYER for a "tip" payment of "5". | Exhibit 110 Page 899-904 |
| 111. live:.cid.6cd5ed548cdab536 | TRAFFICKER sent child pornography photos of 6-, 12-, and 13-year-old girls that she produced to the BUYER (later deleted by sender). Similar conversations occurred on multiple dates. | Exhibit 111 Page 905-909 |
| 112. live:9808fae4a772e820 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 10-year-old girl for a payment of 6,000 Philippine pesos. | Exhibit 112 Page 912-915 |
| 113. live:.cid.6e70048af70c1bf8 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the daughter of the | Exhibit 113 |

| | | |
|---|---|---|
| | TRAFFICKER that she identified as a "kid" and offered to have the girl perform the sex show before she went to school. | Page 920-923 |
| 114.  live:.cid.6f1e23a45bb1fbe2 | BUYER and TRAFFICKER attempted to negotiate child pornography photos and a livestream sex show with a 12-year-old girl for an unknown amount payment via "tip". | Exhibit 114<br><br>Page 925-926 |
| 115.  live:.cid.71b1f588af2ebfeb | TRAFFICKER gave child pornography photos and videos of 6- and 7-year-old girls while receiving payment for the BUYER being in a private chat room with her. | Exhibit 115<br><br>Page 929-946 |
| 116.  live:.cid.71fc209b124a66a3 | BUYER and TRAFFICKER discussed and sent child pornography photos of 10- and 12-year-old girls that were with the TRAFFICKER, | Exhibit 116<br><br>Page 952-955 |
| 117.  live:.cid.722e0282b1fec304 | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows and child pornography photos and videos of the 11- and 14-year-old daughters of the TRAFFICKER for a "tip" payment of "20". | Exhibit 117<br><br>Page 959-964 |
| 118.  live:.cid.72cbc54ee1c48420 | TRAFFICKER offered the BUYER child pornography photos of her 7-year-old daughter and moved to private chat rooms to further discuss and send child pornography photos. Similar conversations occurred on multiple dates. | Exhibit 118<br><br>Page 965-967 |

45

| 119. live:.cid.747a246daca30280 | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows with the TRAFFICKER's 11- and 13-year-old daughters for a payment of 2,000 Philippine pesos. | Exhibit 119 Page 970-973 |
|---|---|---|
| 120. live:.cid.75dbd4476c30e950 | BUYER and TRAFFICKER negotiated the sending of child pornography of 8-, 10-, 12-, and 14-year-old girls for a "tip" payment of "30". Further discussion on this and later dates showed similar negotiations. | Exhibit 120 Page 975-979 |
| 121. live:.cid.76e95443a94a97e1 | BUYER and TRAFFICKER negotiated the sending of child pornography photos of the 8-year-old daughter of the TRAFFICKER having sex with her stepfather for a "tip" payment. Images were sent and later deleted by the TRAFFICKER, and the two also had further conversations in private chat rooms. Similar conversations occurred on multiple dates. | Exhibit 121 Page 980-989 |
| 122. live:.cid.770199729e87949e | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows and child pornography images of 8- and 12-year-old girls for $20 in "tip" payments per child. | Exhibit 122 Page 990-991 |
| 123. live:.cid.789b46d651678f1e | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show and sending of child pornography involving the 10-year-old daughter of | Exhibit 123 Page 994-999 |

46

| | | |
|---|---|---|
| | the TRAFFICKER and a way for TRAFFICKER to earn money for the materials. | |
| 124.  live:.cid.78c8b0bd80122131 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 14-year-old sister of the TRAFFICKER for an unknown amount of payment via a "tip". | Exhibit 124 Page      1004-1008 |
| 125.  live:.cid.78ee6088db93b382 | TRAFFICKER offered her 14- and 15-year-old daughters for livestream child sex shows for the BUYER, and detailed that the girls had had sex with foreign men and one daughter had become pregnant while doing so. | Exhibit 125 Page      1009-1011 |
| 126.  live:.cid.7aef262ef1779d99 | TRAFFICKER offered livestream child sex shows with her 14- and 16-year-old sisters, and 17-year-old cousin to the BUYER. | Exhibit 126 Page      1022-1032 |
| 127.  live:.cid.7cf6f2603d2b9532 | BUYER and TRAFFICKER attempted to negotiate the sending of naked child pornography photos of a 14-year-old girl to the BUYER. | Exhibit 127 Page      1037-1041 |
| 128.  live:.cid.7dbf28c1dd4248ce | TRAFFICKER offered for the BUYER to go to a private chat room with her where he could see her 6-year-old boy and 4- and 12-year-old girl that she described as "very naughty", as well as naked child pornography photos of them for a "tip" payment. | Exhibit 128 Page      1042-1044 |
| 129.  live:.cid.7f17f91655469e90 | BUYER and TRAFFICKER negotiated photos and videos of child pornography produced by the TRAFFICKER of her 10-year-old daughter's | Exhibit 129 |

47

| | | |
|---|---|---|
| | vagina for the BUYER for "tip" payment of "20". Tip made, video and images sent. | Page 1045-1052 |
| 130. live:.cid.7fbdce11e69295d1 | TRAFFICKER and BUYER attempted to negotiate photos and videos of child pornography involving her 14-year-old sister in exchange for a "$20" tip payment. | Exhibit 130 Page 1054-1058 |
| 131. live:.cid.7fe2c62862a511eb | BUYER and TRAFFICKER attempted to negotiate a livestream sex show and photos and videos of child pornography of the 13-year-old daughter of the TRAFFICKER for a payment of "20" to "50". | Exhibit 131 Page 1059-1062 |
| 132. live:.cid.7fe4dd7d2ece416b | BUYER purchased child pornography images and videos of 10-, 12-, and 17-year-old girls produced by the TRAFFICKER for payment in an unknown amount of "tips". | Exhibit 132 Page 1071-1079 |
| 133. live:.cid.80f8770c20ef2eea | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show and child pornography images of the 7 and 14-year-old daughters of the TRAFFICKER for a payment of $15. | Exhibit 133 Page 1081-1087 |
| 134. live:.cid.81567cbe6c8898 | BUYER and TRAFFICKER attempted to negotiate child pornography images of 12- and 14-year-old girls with the TRAFFICKER for an undetermined amount of payment in "tips". | Exhibit 134 Page 1088-1093 |
| 135. live:.cid.8348937f7d03cfb0 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show and child pornography | Exhibit 135 |

| | involving the 10- and 11-year-old daughters of the TRAFFICKER. | Page 1097-1104 |
|---|---|---|
| 136. live:.cid.83a4098764c2dcba | TRAFFICKER offered naked child pornography photos of 15- and 16-year-old girls to the BUYER for a payment of "30 tip". | Exhibit 136 Page 1105-1107 |
| 137. live:.cid.83c3521efabacdc6 | TRAFFICKER offered a "young" girl to "play" with the BUYER in a livestream sex show for a $50 payment via MSB Cebuana Pangea. In chats prior to this sample chat, TRAFFICKER deleted nearly all of her messages and the BUYER's side of the conversation showed him making comments regarding a proposed livestream show such as "younger", "u play with", "7", "8", "9". It is believed the "young" girl offered for the show is in this age range. | Exhibit 137 Page 1108-1110 |
| 138. live:.cid.88798fe57b3a3796 | BUYER and TRAFFICKER attempted to negotiate livestream child sex show with 12- and 14-year-old girls with the TRAFFICKER for an MSB payment of 1,500 Philippine pesos via Gcash. | Exhibit 138 Page 1111-1116 |
| 139. live:.cid.88a14825c318e2ff | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 8- and 11-year-old daughters of the TRAFFICKER. | Exhibit 139 1117-1121 |
| 140. live:.cid.8a499226649c4bed | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show and naked child | Exhibit 140 Page 1123-1124 |

| | | |
|---|---|---|
| | pornography photos of the 9-year-old daughter of the TRAFFICKER | |
| 141.  live:.cid.8c5e3bed859b001c | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with her 14- and 16-year-old granddaughters for a total "tip" payment of 30 "tips". | Exhibit 141 Page      1129-1136 |
| 142.  live:.cid.8e600d7ac6facaf8 | BUYER and TRAFFICKER attempted to negotiate a purchase of child pornography images of a 12-year-old girl with the TRAFFICKER for a payment of $15. | Exhibit 142 Page      1142-1148 |
| 143.  live:9808fae4a772e820 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with girls between ages 6 and 10 years old for a payment of 4,000 Philippine pesos. | Exhibit 143 Page      1149-1152- |
| 144. live:94f5edb8b17c2ebe | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows and child pornography involving 10- and 14-year-old girls with the TRAFFICKER for a payment $10 per photo, $20 per video, or a "tip" of "20". | Exhibit 144 Page:      1157-1161 |
| 145.  live:99a7eb5cea454f8 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 15-year-old girl and 18-year-old girl that were with the TRAFFICKER for 2,000-5,000 Philippine pesos. | Exhibit 145 Page      1165-1170 |

| 146. live:9c6a07be9b2c0733 | TRAFFICKER offered a livestream child sex show with her 13- and 15-year-old nieces/cousins for 3,000 Philippine pesos. | Exhibit 146 Page 1174-1182 |
|---|---|---|
| 147. live:9fd5d28a16a81e56 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 7- and 10-year-old daughters of the TRAFFICKER for a payment of 3,000 Philippine pesos. | Exhibit 147 Page 1184-1186 |
| 148. live:andiee.sanchez | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show and naked child pornography photos of a 13-year-old girl with the TRAFFICKER. | Exhibit 148 Page 1187-1188 |
| 149. live:annasexygirl6 | BUYER and TRAFFICKER negotiated the sending of child pornography photos and videos and a livestream child sex show between the TRAFFICKER and her 9- and 17-year-old sons for a payment of 2,000-4,000 Philippine pesos. | Exhibit 149 Page 1190-1196 |
| 150. live:b551d4927770c03f | BUYER and TRAFFICKER conducted a livestream child sex show with 4- and 5-year-old children in a private chat room as directions for acts to occur during the show were given in the Skype chat. | Exhibit 150 Page 1199-1204 |
| 151. live:cindyresma_1 | TRAFFICKER said she was a schoolteacher that operated a school bus of young girls ages 9-15 years old that she would offer for child sexual exploitation and livestream sex shows with the BUYER. | Exhibit 151 Page 1206-1209 |

| 152. live:d717f379ea9da80c | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 5- and 10-year-old nieces of the TRAFFICKER for a payment of 10,000 Philippine pesos. | Exhibit 152 Page 1216-1219 |
| --- | --- | --- |
| 153. live:d820e9106272a326 | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows with the 2-year-old boy and 13-year-old girl with the TRAFFICKER. | Exhibit 153 Page 1225-1230 |
| 154. live:dab360faa36c6395 | TRAFFICKER offered a 12-year-old child for a livestream child sex show for the BUYER. | Exhibit 154 Page 1231-1233 |
| 155. live:dc72d0f9083865f5 | TRAFFICKER offered 12- and 14-year-old girls to create child pornography photos and a livestream sex show for the BUYER. | Exhibit 155 Page 1236-1237 |
| 156. live:ddoll257 | BUYER and TRAFFICKER attempted to negotiate a livestream sex show and child pornography videos involving a 12-year-old girl with an adult for "tip" payment of "20". | Exhibit 156 Page 1243 |
| 157. live:dianeyu216 | BUYER and TRAFFICKER attempted to negotiate the sending of child pornography of the 11-year-old daughter of the TRAFFICKER for a payment of $20 each. | Exhibit 157 Page 1244-1245 |
| 158. live:e70a7bec562187da | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 7-year-old girl that was with the TRAFFICKER. | Exhibit 158 Page 1246-1248 |

| 159. live:ecfebdce2d9dc133 | BUYER and TRAFFICKER attempted to negotiate the sending of child pornography photos of the 9- and 12-year-old daughters of the TRAFFICKER for a "tip" payment of "10". | Exhibit 159 Page 1253-1258 |
| --- | --- | --- |
| 160. live:edbfc397d85eb10c | BUYER and TRAFFICKER attempted to negotiate prices for the production of child pornography photos of the 12-year-old daughter of the TRAFFICKER. | Exhibit 160 Page 1260-1265 |
| 161. live:ericaenerez23 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with 14- and 15-year-old girls with the TRAFFICKER for payment. | Exhibit 161 Page 1269-1272 |
| 162. live:f99180157eacf904 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 9-year-old girl and the TRAFFICKER for a payment of 500 Philippine pesos. | Exhibit 162 Page 1273-1274 |
| 163. live:f9be6b85174d79b3 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 12-year-old daughter of the TRAFFICKER and her 27-year-old friend for a payment. | Exhibit 163 Page 1282-1291 |
| 164. live:fc016eb30066683b | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a "young" girl that was not old enough to be on an adult sex website due to her age as a minor. | Exhibit 164 Page 1293-1294 |
| 165. live:janegunayan | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the young | Exhibit 165 |

| | | |
|---|---|---|
| | daughter and 9-year-old son of the TRAFFICKER for a "tip" payment of "5". | Page 1298-1303 |
| 166.  live:jeanavenido60 | TRAFFICKER offered a livestream child sex show with an 8-year-old girl to the BUYER. | Exhibit 166 Page 1307-1309 |
| 167.  live:jemarhao_22 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 12- and 15-year-old girl that were with the TRAFFICKER for a payment of $15. | Exhibit 167 Page 1310-1312 |
| 168. live:jonalyncarangan | BUYER and TRAFFICKER attempted to negotiate a 30-minute livestream child sex show with a 14- and 15-year-old girl for a payment of 4,500 Philippine pesos. | Exhibit 168 Page 1315-318 |
| 169.  live:lady_francinexxx | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with 7, 10, and 14 year od girls that were with the TRAFFICKER. | Exhibit 169 Page 1320-1321 |
| 170.  live:lbensorto4 | BUYER and TRAFFICKER attempted to negotiate the sending of child pornography photos of a 9-year-old girl that was with the TRAFFICKER for a payment that the BUYER stated he had made via a "tip". | Exhibit 170 Page 1325-1328 |
| 171.  live:ljhayedalisay0620 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with 10-, 13-, and 14- | Exhibit 171 Page 1332-1334 |

54

| | | |
|---|---|---|
| | year-old girls that were with the TRAFFICKER for a payment of $30. | |
| 172.  live:margazun78 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with 7- and 12-year-old girls that were with the TRAFFICKER. | Exhibit 172 Page 1335- |
| 173. live:marie_ogabar | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 11-year-old daughter of the TRAFFICKER. | Exhibit 173 Page 1340 |
| 174.  live:melona.estancia | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 14-year-old daughter of the TRAFFICKER for a "tip" payment of "10". | Exhibit 174 Page      1342- 1344 |
| 175. live:mhokiallen21_19 | BUYER and TRAFFICKER discussed doing a livestream child sex show with the daughter of the TRAFFICER identified as being in 6th grade. | Exhibit 175 Page 1345 |
| 176.  live:pagayananjane | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 14-year-old daughter of the TRAFFICKER | Exhibit 176 Page      1347- 1351 |
| 177.   live:pistaarianne | BUYER and the TRAFFICKER attempted to negotiate a livestream child sex show with 6- and 7-year-old nieces of the TRAFFICKER that is related to another Skype account listed in the chat that was identified as conducting livestream child sex trafficking activities during HSI investigations. | Exhibit 177 Page      1354- 1357 |

| 178. live:serranorose_1 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 5-year-old girl that was with the TRAFFICKER. | Exhibit 178 Page 1358 |
|---|---|---|
| 179. live:sexyclit_2 | BUYER and TRAFFICKER conducted a livestream sex show, then attempted to coordinate a livestream child sex show with the 5-, 7-, and 8-year-old cousins of the TRAFFICKER for a payment. | Exhibit 179 Page 1364-1367 |
| 180. live:wennzdeguzman1999 | BUYER and TRAFFICKER attempted to negotiate livestream sex shows with girls that were identified as "teen" and "young", indicating that the "young" girls were younger than teenagers making them minors being offered for livestream child sex shows. | Exhibit 180 Page 1374-1378 |
| 181. loren4you | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 4-year-old girl. | Exhibit 181 Page 1384-1387 |
| 182. loves_112003 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 6-year-old girl that was with the TRAFFICKER for a payment. | Exhibit 182 Page 1388 |
| 183. luxyle19 | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows with 9- and 10-year-old girls that were with the TRAFFICKER for a "tip" payment of "25". | Exhibit 183 Page 1389-1391 |
| 184. macristina.dino | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows and child pornography | Exhibit 184 |

| | | |
|---|---|---|
| | photos of a 6-year-old girl that was with the TRAFFICKER | Page     1392-1399 |
| 185.  maldita_14 | BUYER and TRAFFICKER attempted to coordinate a livestream child sex show with a 10-year-old girl and 15-year-old boy that were with the TRAFFICKER. | Exhibit 185 Page     1400-1402 |
| 186.  marievic.roque1 | BUYER watched a livestream show of the TRAFFICKER breastfeeding her young son where she also showed him pictures of her 9-year-old daughter as he masturbated to it for a "tip" of "10". | Exhibit 186 Page     1403-1405 |
| 187. marilou032592 | BUYER and TRAFFICKER attempted to negotiate child pornography photos of an 11-year-old girl that was with the TRAFFICKER. | Exhibit 187 Page     1410-1412 |
| 188.  maryrosary6 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 5-year-old girl that was with the TRAFFICKER for a payment of 10,000 Philippine pesos. | Exhibit 188 Page     1413-1414 |
| 189.  misz_ashley29 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex shows with 16- and 17-year-old girls that were with the TRAFFICKER for a "load" payment of "500". | Exhibit 189 Page     1417-1424 |
| 190.  raquel.pajes1 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with  5- and 6-year-old | Exhibit 190 Page     1425-1427 |

57

| | | |
|---|---|---|
| | girls that were with the TRAFFICKER for "tip" payments between "60" to "100". | |
| 191.  raypril.cute | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 5-year-old daughter of the TRAFFICKER for a payment. | Exhibit 191 Page      1432-1434 |
| 192.  rona.cabrera15 | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows with 9- and 12-year-old girls for a payment of  1,200 Philippine pesos. | Exhibit 192 Page      1435-1438 |
| 193.  rosielyn.29 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 13-year-old girl that was with the TRAFFICKER. | Exhibit 193 Page      1442-1444 |
| 194. rowena.descatiar | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 9 and a 12-year-old girl in exchange for a "tip" payment. | Exhibit 194 Page      1448-1450 |
| 195. samwaje1 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 6-year-old girl that was with the TRAFFICKER for a payment. | Exhibit 195 Page      1451-1453 |
| 196. shakira_j1 | BUYER and TRAFFICKER attempted to negotiate the sending of child pornography photos and livestream child sex shows with the 6-, 9-, 12-, and 16-year-old daughters of the TRAFFICKER for a "tip" payment of "10". | Exhibit 196 Page      1456-1459 |

58

| 197. shemar597 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show and child pornography photos of a 14-year-old girl for a payment. | Exhibit 197 Page 1462-1464 |
|---|---|---|
| 198. sweet_maya1989 | BUYER and TRAFFICKER attempted to negotiate the sending of child pornography photos of 7- and 14-year-old girls for a $20 payment. | Exhibit 198 Page 1466 |
| 199. trixie.calderon1 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with 7-, 10-, and 12-year-old girls with the TRAFFICKER for a payment of 1,000 Philippine pesos. | Exhibit 199 Page 1467 |
| 200. unistarr53 | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows with 8- and 13-year-old girls on multiple dates. | Exhibit 200 Page 1468-1472 |
| 201. kimiloveu27 | BUYER and TRAFFICKER conducted a livestream child sex show with a 15-year-old girl and the TRAFFICKER for a payment. | Exhibit 201 Page 1473-1506 |
| 202. aprilaltarejos | BUYER and TRAFFICKER negotiated and had a livestream child sex show with 12- and 15-year-old girls that were with the TRAFFICKER for a "tip" payment. | Exhibit 202 Page 1509-1513 |
| 203. live:allkind.show | BUYER and TRAFFICKER attempted to negotiate an hour-long livestream child sex show with an 8-year-old girl that was with the TRAFFICKER for a payment of $35. | Exhibit 203 Page 1517-1520 |

59

| | | |
|---|---|---|
| 204. chris.ramos886 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with 12- and 14-year-old girls that were with the TRAFFICKER for a payment. | Exhibit 204<br>Page 1522-1525 |
| 205. live:608da558fa87b934 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 15-year-old girl. | Exhibit 205<br>Page 1534-1537 |
| 206.f analiza.valle2 | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows with girls ages 8 months, 16, and 18 years old; and boys 5 and 10 years old. | Exhibit 206<br>Page 1538 |
| 207. marifel_tisoy | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 10-year-old daughter of the TRAFFICKER. | Exhibit 207<br>Page 1539-1540 |
| 208. vickylee.valencia1 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with an 8-year-old girl that was with the TRAFFICKER. | Exhibit 208<br>Page 1542-1544 |
| 209. lolita.magbanua | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows with 12- and 13-year-old girls that were with the TRAFFICKER on multiple dates. | Exhibit 209<br>Page 1547-1548 |
| 210. judith.cuyacot2 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 14-year-old daughter of the TRAFFICKER. | Exhibit 210<br>Page 1550-1552 |

60

| 211. cristie967 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 14-year-old daughter of the TRAFFICKER. | Exhibit 211 Page 1559-1560 |
|---|---|---|
| 212. live:lovesol_23 | BUYER and TRAFFICKER attempted to negotiate a 45 minute to one-hour long livestream child sex shows with 12- and 15-year-old girls with the TRAFFICKER for a payment for 45 | Exhibit 212 Page 1563-1566 |
| 213. myra.reyes25 | BUYER and TRAFFICKER attempted to negotiate a 45-minute-long livestream child sex show with the 9-, 13-, 14-, and 15-year-old daughters of the TRAFFICKER for $25. | Exhibit 213 Page 1570-1572 |
| 214 boningrose | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows with the 10- and 13-year-old daughters of the TRAFFICKER for a payment of $40. | Exhibit 214 Page 1574-1577 |
| 215. darlingcole1225 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 12-year-old daughter of the TRAFFICKER for a "tip" payment of "10". | Exhibit 215 Page 1579-1581 |
| 216. live:f35c04ec7541fd71 | TRAFFICKER offered her 6-year-old niece for a livestream child sex show with the BUYER. | Exhibit 216 Page 1582-1583 |

| 217. live:f031574098fd2bc3 | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows with 13-, 15-, and 17-year-old girls for a payment. | Exhibit 217 Page 1586-1589 |
|---|---|---|
| 218. live:40380a7919f5c69a | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 16-year-old girl that was with the TRAFFICKER. | Exhibit 218 Page 1592-1601 |
| 219. monicared88 | BUYER requested "young girls 12 13 14" years old for livestream child sex shows. TRAFFICKER said she had those ages available and did a preview phone call to the BUYER to show they were there and attempted to negotiate a livestream child sex show. | Exhibit 219 Page 1604-1607 |
| 220. live:wizkhaliyah | BUYER and TRAFFICKER attempted to negotiate a livestream child sex shows and videos of child pornography with 6-, 8-, 12-, and 15-year-old girls that were with the TRAFFICKER for a payment of 3,000-6,000 Philippine pesos. | Exhibit 220 Page 1613-1615 |
| 221. maryjane8110 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 6-, 10-, and 12-year-old daughters of the TRAFFICKER for a payment of $50. | Exhibit 221 Page 1621-1623 |
| 222. live:f02d2a93109d399d | BUYER and TRAFFICKER attempted to negotiate an hour-long livestream child sex show with the 12-year-old daughter of the TRAFFICKER for a payment of $25 and "tips". | Exhibit 222 Page 1633-1637 |

| 223. ciarratomas | BUYER and TRAFFICKER negotiated and conducted a livestream child sex show with the 12- and 17-year-old daughters of the TRAFFICKER for $30. | Exhibit 223 Page 1649-1655 |
| --- | --- | --- |
| 224. emily.galman | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 14-year-old daughter of the TRAFFICKER for a payment of $50 per hour. | Exhibit 224 Page 1659-1662 |
| 225. marciana.sajulan | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows with the 13- and 16-year-old daughters of the TRAFFICKER for a "tip" payment of "80". | Exhibit 225 Page 1663-1668 |
| 226. annalyn.cabillo | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 16-year-old daughter of the TRAFFICKER for a "tip" payment of "30". | Exhibit 226 Page 1673-1677 |
| 227. live:2caf0043248383e3 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with the 12- and 13-year-old daughters of the TRAFFICKER for a "tip" payment of "10". | Exhibit 227 Page 1680-1681 |
| 228. live:b36d3dc2373a53a4 | BUYER and TRAFFICKER conducted a livestream child sex show with the 14-year-old daughter and a 17-year-old girl that was with the TRAFFICKER | Exhibit 228 Page 1689-1693 |
| 229. jossie.26 | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 16-year-old girl | Exhibit 229 |

| | | |
|---|---|---|
| | that was with the TRAFFICKER for a payment of $40. | Page 1696-1699 |
| 230. live:3219a9c6689d6ffe | BUYER and TRAFFICKER attempted to negotiate livestream child sex shows with the 14-year-old daughter of the TRAFFICKER for 500 Philippine pesos. Similar conversations occurred on multiple dates. | Exhibit 230 Page 1706 |
| 231. live:b7718ddb579875ae | BUYER and TRAFFICKER attempted to negotiate a livestream child sex show with a 14-year-old girl that was with the TRAFFICKER for various amounts of "tip" payments. | Exhibit 231 Page 1715-1719 |
| 232. live:af7aa4094acdb44c | BUYER and TRAFFICKER attempted to negotiate a 30-minute livestream sex show with 8-, 11-, and 13-year-old girls that were with the TRAFFICKER for a payment of $50. | Exhibit 232 Page 1721-1727 |

## INFORMATION REGARDING SKYPE

17.     In my training and experience, as well as from my review of publicly available information, I know that Skype is a Voice over Internet Protocol (VoIP) service offered by Microsoft that allows users to conduct video chats and voice calls over the internet. Skype users can also create and maintain contact lists of other Skype users; engage in text chats through instant messaging; exchange and upload media files, including videos and images; send video messages; and create conference calls.  A Skype user's video and chat messages, contact lists, call and text records, and the media files associated with a Skype user's account (whether sent, received, or uploaded), if available, are retained on servers in the care, custody, or control of Microsoft.

18.     Users can sign up for an account and access Skype services directly through the Skype website; alternatively, users can download the Skype application, which allows them to access Skype services from computers, tablets, cellular phones, certain televisions, and other electronic devices. Skype assigns a subscriber a unique name or ID, and a subscriber can then add a display name to their account. The user can change the display name at any time. The unique name or ID, by contrast, cannot be changed by the user.

19.     Skype offers the basic communication services, as described above, to the general public, free of charge.  With the free service, users can communicate with other users who also operate the Skype application.  For a fee, users can expand the use of the service by using it to communicate with non-Skype users.  Specifically, the paid service allows users to communicate through voice calls and text messages to cellular telephone users.

20.     In my training and experience, I know that VoIP services like Skype generally ask their users to provide certain personal identifying information when registering for an account. Such information can include the user's full name, physical address, telephone numbers, and email

65

addresses. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Based on my training and my experience, I know that even if subscribers insert false information to conceal their identity, this information often provides clues to their identity, location, and/or illicit activities.

21. In my training and experience, I know that VoIP services like Skype typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, VoIP services like Skype often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the email account.

22. In my training and experience, I know that in some cases, users of VoIP services like Skype will communicate directly with the VoIP service provider about issues relating to the account, such as technical problems, or complaints from other users. VoIP providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

66

23.     As explained herein, information stored on servers in the care, custody, or control of Microsoft in connection with a particular Skype account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element, or alternatively, to exclude the innocent from further suspicion.   In my training and experience, the information stored in connection with an account can indicate who has used or controlled the account.   This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.   For example, Skype chat communications, contacts lists, and media files sent and/or received (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time.   Further, information maintained by Skype may show how and when the account was accessed or used.   For example, as described above, VoIP providers typically log the Internet Protocol (IP) addresses from which users access the VoIP account along with the time and date.   By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the VoIP account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (e.g., location information integrated into an image or video sent via Skype).   Last, stored electronic data may provide relevant insight into the account owner's state of mind as it relates to the offense under investigation. For example, information in the Skype user's account may indicate the owner's motive and intent to commit a crime (e.g., communications relating to the crime), or consciousness of guilt (e.g., deleting communications in an effort to conceal them from law enforcement).

67

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

24.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular, 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Microsoft to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

25.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving the warrant on Microsoft.  Because the warrant will be served on Microsoft, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## CONCLUSION

26.     Based on the forgoing, I request that the Court issue the proposed search warrant for the TARGET ACCOUNT described in Attachment A to require Microsoft to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B.  Government-authorized persons will then review that information to locate the items described in Section II of Attachment B.

Respectfully submitted,

**Chad Lakosky**
Special Agent
Homeland Security Investigations

Sworn and subscribed to me by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) on the 12th day of June, 2026.

MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS

## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Microsoft, and my official title is _____. I am a custodian of records for Microsoft. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Microsoft, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity of Microsoft; and

c.      such records were made by Microsoft as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____        _____
 Date                                                            Signature

70