AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Columbia

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*
INFORMATION ASSOCIATED WITH TWO HUNDRED AND
THIRTY-TWO (232) ACCOUNT(S) STORED AT PREMISES
CONTROLLED BY ONE PROVIDER PURSUANT TO 18 U.S.C. 2703
FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. §§ 2252, 2252A,
2422(b)

)
)
)
)
)
)
)

Case No. 26-SC-1248

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference)

Located within the jurisdiction of the District of Columbia, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 2251(a),(c),(e) (Sexual Exploitation of Children, and Attempts and Conspiracies to Sexually Exploit Children); 18 U.S.C. §§ 2252(a)(1),(b)(1); 2252A(a)(1),(b)(1) (Transportation and Attempted Transportation of Child Pornography); 18 U.S.C. §§ 2252(a)(2),(b)(1); 2252A(a)(2),(b)(1) (Distribution/Receipt and Attempted Distribution/Receipt of Child Pornography); 18 U.S.C. §§ 2252(a)(4)(B),(b)(2); 2252A(a)(5)(B),(b)(2) (Possession and Attempted Possession of Child Pornography; Accessing and Attempting to Access Material with Intent to View Material that Contains an Image of Child Pornography); 18 U.S.C. § 2422(b) (Coercion and Enticement and Attempted Coercion and Enticement of a Minor).

The application is based on these facts:

See Affidavit in Support of Application for Search Warrant.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Chad Lakosky, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone _____ *(specify reliable electronic means)*.

Date: ___6/11/2026___

_____
*Judge's signature*

City and state: ___Washington, D.C.___

Moxila A. Upadhyaya
(United States Magistrate Judge)

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means     ☑ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH TWO HUNDRED AND<br>THIRTY-TWO (232) ACCOUNT(S) STORED AT PREMISES<br>CONTROLLED BY ONE PROVIDER PURSUANT TO 18 U.S.C. 2703<br>FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. §§ 2252, 2252A,<br>2422(b) | )<br>)<br>)    Case No.  26-SC-1248<br>)<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:       Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located within the jurisdiction of the District of Columbia. *(identify the person or describe the property to be searched and give its location)*:

 See Attachment  A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

 See Attachment  B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before _____June 25, 2026_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Moxila A. Upadhyaya_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:       _____6/11/2026_____

City and state:       _____Washington, D.C._____

*Judge's signature*

Moxila A. Upadhyaya
United States Magistrate Judge

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br>26-SC-1248 | Date and time warrant executed:<br>06/13/2026 1207 AM | Copy of warrant and inventory left with:<br>N/A |

Inventory made in the presence of :
N/A

Inventory of the property taken and name(s) of any person(s) seized:
-DIGITAL DATA AND MEDIA

| **Certification** |
|---|

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  07/28/2026

_Executing officer's signature_

Chad Lakosky, Special Agent

_Printed name and title_